**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN K. MOFFITT, | No. ED CV 05-1084-AHS(CW) |
|     Petitioner, | |
|   v. | JUDGMENT |
| VICTORVILLE SUPERIOR COURT, et al., | |
|     Respondents. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as moot.

DATED: <u>August 25, 2008</u>

*ALICEMARIE H. STOTLER*

_____
ALICEMARIE H. STOTLER
Chief United States District Judge